ALOIS HAUEIS, ET AL. v. THE BOROUGH OF FAR HILLS, ET AL.

February 27, 1987.

Petition for certification denied.

STEVEN GORRIE v. ROBERT WINTERS, ET AL.

March 2, 1987.

Petition for certification denied. (See 214 *N.J.Super.* 103)

NICHOLAS TIERNEY, ETC., ET AL. v. ST. MICHAEL'S MEDICAL CENTER, ET AL.

March 2, 1987.

Petition for certification denied. (See 214 *N.J.Super.* 27)

NICHOLAS TIERNEY, ETC., ET AL. v. ST. MICHAEL'S MEDICAL CENTER, ET AL.

March 2, 1987.

Cross-petition for certification denied. (See 214 *N.J.Super.* 27)